U.S. District Court

Office of The Clerk U.S. Court of Federal Claims 717 Madison Place NW Washington DC 20005

Office of The Clerk 155 St. Joseph Street Mobile Alabama 36602

Office of The Clerk 1301 Clay St., Suite 400S Oakland, CA. 94612 5212

Office of The Clerk
P.O. Box 66106
Houston, TX. 77208

Director EEOC

Office of The Clerk
1100 Commerce St. Rm. 1452
Dallas Texas 75242

George WYATT JR. LISA M. HILL WYATT et., AL.,
 Plaintiff(s)

Vs.

22-cv-00240-JB-MU

FILED JUN 21 '22 PM 2:51 USDC ALS

The Coca Cola Bottlier        et. AL,
The Coca Cola Company
Wal-mart Store Fiesta store
Save-A-lot store;
Accuseds          Defendants

complaints disputing of Discriminational
(1) Race And Color (2) National origine (3) Religion (4) Six (5) Equal pay (6) pregnancy (7) Harassment (8) Disability (9) AGE 72 year old. WYATT

A. Discriminating against you on the basis of physical or mental disability;
B. Asking you to take medical exams before making A conditional job offer.
C. Asking you questions about your disability before making A conditional job offers
D. denying you health or other fringe benefits that are provided to other employee's and
E. placing you in A Job situation that limited your opportunities or status.
(1) Discriminate against you in your compensational or terms Conditional's or privileges of employment based on your age; 72 (2) Classify or Segregate your, or limit your Activities So you are deprived of Job opportunities or adversely Affected in employment Status (3) Discriminate against you in the operation of a Seniority system and (4)

(4) With certain narrow exceptions discriminate Against you with respect to employee's benefit plans, for Fringe benefits, or pension benefits

We are Working by the Hour At several Five Thousand Dollars per Hour For 43 years or A cash lum some Amount in the compensation sum of $100 Zillionth Cash Access Dollars Please make on a directly deposited in An Accounts no# 21385-20 $100 Billionth A Monthly income

I do object of your systems   this is Why I objecticle


Title Rule 4. Dismissal of action (B) 2. By the Court order a dismissal under this order paragraph (2) is Without Prejudice (b) involuntary Dismissal effect. under Rule 19 - operate as an adjudication on the merits. Rule 5A-c-motion for A Summary Judgment 56 Fed R. Civ. P. Rule 56  E (1)(2)(3) Failing to Properly Support or Address A Fact, (1)(2)(3) grant (4) F. Judgment independent of the motion (1) grant (2) grant (3) consider summary Judgment on its own  G. Failing to grant All the Requested Relief.
Rule 58A-3 For Attorneys fees under Rule 54 A B c d (1)(2)A-B (ii) specify the Judgment and the Statute, rule or other grounds entitling the movant to the Award; in The sum of $100 Zillion Cash Access

Attorney At Law   Law Firm Bar 2326606    George Wyatt Bar 23266046
Lisa M. Hill Wyatt

George Wyatt JR (ECU-09100333787
Estelle 2 unit Rm F 264 Fm 3478
Huntsville Texas 77320 3322

NORTH HOUSTON TX 773

17 JUN 2022 PM 3 L

U.S. District Court Alabama
Southern District of Alabama
Clerk
155 St. Joseph Street
Mobile, Alabama 36602

36602-368399