IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE WYATT, JR., 003337878, and LISA M. HILL WYATT, | : |
| Plaintiffs, | : |
| vs. | :    CIVIL ACTION 22-0240-JB-MU |
| THE COCA COLA BOTTLER, *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Lisa M. Hill Wyatt be and is hereby **DISMISSED without prejudice** from this action and that this action be and is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).[1]

**DONE and ORDERED** this 21st day of October, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court notes docket entry 3 regarding mail "Returned as Undeliverable as to Lisa Wyatt," however, for the reasons stated in the Report and Recommendation, any additional attempt to mail Lisa Wyatt would be futile and is not ordered.